

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00385-CR

| | | |
|---|---|---|
| Andrew Ayala | § | From Criminal District Court No. 1 |
| | § | of Tarrant County (1499719D) |
| v. | § | June 7, 2018 |
| | § | Opinion by Justice Gabriel |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. We modify the trial court's judgment to delete the $1,000 fine and to assess $305 as reparations. We modify the attached order to withdraw funds to reflect that the amount of "[c]ourt costs, fees and/or fines and/or restitution" incurred is $618.30. As modified, we affirmed the trial court's judgment.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
      Justice Lee Gabriel